Printed: 04/30/10 12:45 PM

Page: 1

## Claims Distribution Small Checks

**Trustee: ROBERT R. KANUIT (430160)**

**Case: 09-50946 - SEGLEM, PETER T.**

RECEIVED
2010 MAY -5 AM 9:01
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| ?2000234621066 | 114 | 04/30/10 | 3 | 10/06/09 | 610 | THE DULUTH CLINIC LTD | 66.37 | 66.37 | 0.31 | 0.31 |
| | | | 12 | 11/16/09 | 610 | Chase Bank USA, N.A. | 883.37 | 883.37 | 4.13 | 4.13 |
| | | | 13 | 11/27/09 | 610 | AMERICAN INFOSOURCE LP AS AGENT FOR | 139.07 | 139.07 | 0.65 | 0.65 |

Check Amount: $5.09

(*) Denotes objection to Amount Filed

[signature] 4/30/10